**SULLIVAN & CROMWELL LLP**

TELEPHONE: 1-212-558-4000
FACSIMILE: 1-212-558-3588
WWW.SULLCROM.COM

*125 Broad Street*
*New York, New York 10004-2498*

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.
BRUSSELS • FRANKFURT • LONDON • PARIS
BEIJING • HONG KONG • TOKYO
MELBOURNE • SYDNEY

**MEMO ENDORSED**

February 21, 2024

Via ECF

The Honorable Edgardo Ramos,
United States District Court,
Southern District of New York,
40 Foley Square,
New York, NY  10007.

              Re:    United States v. Reyes-Sillero, No. 23-cr-00581

Dear Judge Ramos:

        I represent the defendant Agari Reyes-Sillero, and write regarding Ms. Reyes' sentencing date, which is currently scheduled for March 7, 2024 at 3:30 p.m.  Due to scheduling conflicts, and following discussion with the Government, I respectfully request that the sentencing hearing be adjourned to April 12, 2024, or any date thereafter if that date is not convenient for the Court.  The Government has no objection to this request.  This is the first request to adjourn the sentencing.

                                                       Sincerely,

                                                       */s/ Nicole W. Friedlander*

                                                       Nicole W. Friedlander

---

Sentencing is adjourned to April 12, 2024, at 11:30 a.m.
SO ORDERED.

*[signature]*

Edgardo Ramos, U.S.D.J.
Dated:  2/22/2024
New York, New York