# SULLIVAN & CROMWELL LLP

TELEPHONE: 1-212-558-4000
FACSIMILE: 1-212-558-3588
WWW.SULLCROM.COM

*125 Broad Street*
*New York, New York 10004-2498*

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.
BRUSSELS • FRANKFURT • LONDON • PARIS
BEIJING • HONG KONG • TOKYO
MELBOURNE • SYDNEY

**MEMO ENDORSED**

May 23, 2024

Via ECF

The Honorable Edgardo Ramos,
United States District Court,
Southern District of New York,
40 Foley Square,
New York, NY  10007.

      Re:    United States v. Reyes-Sillero, No. 23-cr-00581

Dear Judge Ramos:

      I represent the defendant Agari Reyes-Sillero and write with the consent of the Government to request an adjustment to the deadlines for the submission of the parties' sentencing submissions in advance of Ms. Reyes-Sillero's sentencing hearing, which is currently scheduled for June 6 at 11 a.m.  I respectfully request that the deadline for Ms. Reyes-Sillero's submission be moved from May 23, 2024 to May 28, 2024 and that the deadline for the Government's submission be moved from May 29, 2024 to June 3, 2024.

Sincerely,

/s/ *Nicole W. Friedlander*

Nicole W. Friedlander

---

The application to extend the sentencing submission schedule is GRANTED.
SO ORDERED.

[signature]

Edgardo Ramos, U.S.D.J.
Dated:  5/24/2024
New York, New York